(127 So. 800)

## Cooper RAY v. STATE.
### 6 Div. 566.

Supreme Court of Alabama.
April 10, 1930.

Fort, Beddow & Ray, of Birmingham, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.

Petition of Cooper Ray for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Ray v. State, 23 Ala. App. 357, 127 So. 799.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(127 So. 800)

## Herbert WILLIAMS, alias, etc., v. STATE.
### 3 Div. 922.

Supreme Court of Alabama.
April 10, 1930.

Hybart & Dickey, of Evergreen, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.

Petition of Herbert (alias Hub) Williams for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Williams v. State, 23 Ala. App. 387, 127 So. 800.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.